**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 27 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL DIPIETRO, | No. 14-16913 |
| Petitioner - Appellant, | D.C. No. 2:14-cv-00502-DGC |
| v. | |
| FIRST ALLIED SECURITIES, INC., | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Argued and Submitted October 17, 2016
San Francisco, California

Before: GRABER and MURGUIA, Circuit Judges, and BENNETT,[**] District Judge.

Michael DiPietro appeals the district court's order denying DiPietro's petition to vacate or modify the arbitration award and confirming the arbitration award. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, sitting by designation.

district court's decision to confirm an arbitration award. *New Regency Prods., Inc. v. Nippon Herald Films, Inc.*, 501 F.3d 1101, 1105 (9th Cir. 2007). We affirm for the reasons stated by the district court in its Order filed on October 1, 2014.

**AFFIRMED.**